RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| WILLIAM EARL DeGRATE | CIVIL ACTION NO. 08-2002 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation [Doc. No. 8] of the Magistrate Judge, which the Court ADOPTS, and for the reasons set forth in the Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's pretrial *habeas* petitions seeking a speedy trial, bond reduction, or immediate release [Docs. Nos. 1, 2, 4, & 5] and his Motion for Recusal [Doc. No. 3] are DISMISSED WITH PREJUDICE as MOOT.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's post-trial petitions for *habeas corpus* [Docs. Nos. 5, 6, & 7] are DENIED AND DISMISSED WITHOUT PREJUDICE because Petitioner failed to exhaust all available State court remedies prior to filing suit.

MONROE, LOUISIANA, this 2 day of May, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE