RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7-8-09
BY XX

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **WILLIAM EARL DEGRATE** | **CIVIL ACTION NO. 3:08CV2002** |
| **VERSUS** | **JUDGE JAMES** |
| **WARDEN OUACHITA PARISH CORR. CTR.** | **MAGISTRATE JUDGE HAYES** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓     The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___     The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right: Monroe
Signed at _____, Louisiana, this _8_ day of _July_, 2009.


_____
Robert G. James
UNITED STATES DISTRICT JUDGE